UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Raymond A. W.,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:23-cv-547

Judge Michael H. Watson

Magistrate Judge Jolson

## OPINION AND ORDER

On January 11, 2024, Magistrate Judge Silvain issued a Report and Recommendation ("R&R") recommending that the Commissioner's non-disability finding be vacated and the matter be remanded to the Social Security Administration. R&R, ECF No. 11.

The R&R notified the parties of their right to object to the recommendations therein and that failure to timely object would amount to a waiver of the right to have the R&R reviewed. *Id.* at 11. The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. The Commissioner's non-disability finding is **VACATED**; this matter is **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with this Order and the R&R.

The Clerk is **DIRECTED** to enter judgment for Plaintiff and close the case.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT